326 F.3d 1028
 UNITED STATES of America, Plaintiff-Appellee,
v.
MANCHESTER FARMING PARTNERSHIP, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Lone Pine Land, Inc., Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Priest Butte Farm, Inc., Defendant-Appellant.
 No. 01-30414.
 No. 01-30415.
 No. 01-20416.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted November 5, 2002.
 Filed January 10, 2003.
 Amended April 17, 2003.
 
 Kenneth R. Olson, Great Falls, MT, for defendant-appellant Manchester Farming Partnership.
 Floyd D. Corder, Corder & Allen, Great Falls, MT, for defendant-appellant Lone Pine Land, Inc.
 Daniel Donovan, Thompson, Potts & Donovan, P.C., Great Falls, MT, for defendant-appellant Priest Butte Farm, Inc.
 William W. Mercer, United States Attorney, District of Montana, for the plaintiff-appellee.
 Carl E. Rostad, Assistant U.S. Attorney, District of Montana, for the plaintiff-appellee.
 Leif M. Johnson, Assistant U.S. Attorney, District of Montana, for the plaintiff-appellee.
 John A. Drennan, Department of Justice, Washington, DC, for the plaintiff-appellee.
 Appeal from the United States District Court for the District of Montana; Edward C. Reed, District Judge, Presiding. D.C. No. CR-01-00002-ECR.
 Before TROTT, T.G. NELSON, and THOMAS, Circuit Judges.
 ORDER
 T.G. NELSON, Circuit Judge:
 
 
 1
 The Opinion filed January 10, 2003, slip op. 231, and appearing at 315 F.3d 1176, is amended as follows:
 
 
 2
 1. At slip op. 240, line 4, delete "with `deliberate indifference'" and replace with "without due care".
 
 
 3
 With this amendment, the panel has voted unanimously to deny the petition for panel rehearing and the petition for rehearing.
 
 
 4
 The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R.App. P. 35.
 
 
 5
 The petition for rehearing and the petition for rehearing en banc are DENIED.